# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Mindshift Technologies Inc | 12/9/2022 | 266305 | Check | $ 8,107.87 |
| Akorn Operating Company, LLC | Mindshift Technologies Inc | 1/27/2023 | 267009 | Check | $ 16,319.90 |
|  |  |  |  |  | $ 24,427.77 |